IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CUSTOMINK, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> OOSHIRTS INC., <br><br> Defendant. | Civil Action No. 1:12-cv-576-GBL-JFA |

**JOINT MOTION FOR ENTRY OF
FINAL JUDGMENT OF PERMANENT INJUNCTION UPON CONSENT
AND INCORPORATED MEMORANDUM IN SUPPORT**

Plaintiff CustomInk, LLC ("CustomInk") and Defendant ooShirts Inc. ("ooShirts"), by and through their undersigned counsel, hereby jointly move for entry of the attached Final Judgment of Permanent Injunction Upon Consent, respectfully stating as follows:

1. Counsel previously represented to the Court that this case has settled.

2. As a condition of settlement, the parties jointly agreed to entry of the attached Final Judgment of Permanent Injunction Upon Consent.

3. Entry of the Final Judgment of Permanent Injunction Upon Consent will close out this case.

WHEREFORE, the parties jointly request that the Court enter the Final Judgment of Permanent Injunction Upon Consent, and further thank the Court for the Court's time and attention to this matter.

        Respectfully submitted,

        ARNOLD & PORTER LLP

            *Douglas A. Winthrop
            *Robert D. Hallman
            Three Embarcadero Center, Seventh Floor
            San Francisco, CA 94111-4024
            Direct:  415.471.3174
            Facsimile:  415.471.3400
            Email:  douglas.winthrop@aporter.com
            Email:  robert.hallman@aporter.com

By:  /s/ Nicholas M. DePalma
      Randall K. Miller (VA Bar #70672)
      Nicholas M. DePalma (VA Bar #72886)
      1600 Tyson Boulevard, Suite 900
      McLean, VA  22102-4865
      Main:  703.720.7000
      Direct:  703.720.7030
      Facsimile:  703.720.7399
      Email:  Randall.Miller@aporter.com
      Email:  Nicholas.DePalma@aporter.com

      *Counsel for CustomInk LLC*

      *admitted pro hac vice

      *Joseph C. Gratz
      Durie Tangri
      217 Leidesdorff Street
      San Francisco, CA 94111-3007
      jgratz@durietangri.com

       /s/ David E. Finkelson
      David E. Finkelson
      Adriana Lynee Schultz
      McGuireWoods LLP
      901 E. Cary St.
      Richmond, VA 23219-4030
      dfinkelson@mcguirewoods.com
      ashultz@mcguirewoods.com

      *Counsel for Defendant ooShirts, Inc.*

      *admitted pro hac vice

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of November, 2012, I have caused the foregoing to be filed with the Court using the CM/ECF system, which will send an electronic notice to counsel registered with that system, including the following:

    David E. Finkelson
    Adriana Lynee Schultz
    McGuireWoods LLP
    901 E. Cary St.
    Richmond, VA 23219-4030
    dfinkelson@mcguirewoods.com
    ashultz@mcguirewoods.com

    *Counsel for Defendant ooShirts, Inc.*

    /s/Nicholas M. DePalma
    Randall K. Miller (VA Bar #70672)
    Nicholas M. DePalma (VA Bar #72886)
    1600 Tyson Boulevard, Suite 900
    McLean, VA  22102-4865
    Main:  703.720.7000
    Direct:  703.720.7030
    Facsimile:  703.720.7399
    Email:  Randall.Miller@aporter.com
    Email:  Nicholas.DePalma@aporter.com

    *Counsel for Plaintiff CustomInk LLC*